# United States Court of Appeals

## For the First Circuit

No. 12-1386

BANGOR GAS COMPANY, LLC,

Plaintiff, Appellant,

v.

H.Q. ENERGY SERVICES (U.S.) INC,

Defendant, Appellee.

**ERRATA**

The opinion of this Court, issued on September 26, 2012, should be amended as follows.

On page 18, 3rd line of 2nd paragraph, delete extra space between "to" and "avoid".

On page 19, 2nd line of indented quotation, replace "(I)" with "(i)".